IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-423-5FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| SAMUEL MANU AGYAPONG | ) | ORDER |
| *also known as* Sammy Tuga | ) | |
| Defendant. | ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals totals $170.45. The clerk is DIRECTED to pay Morgan's Tavern and Grill the sum of $170.45.

SO ORDERED, this 30th day of June, 2021.

LOUISE W. FLANAGAN
United States District Judge