IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-423-5FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| SAMUEL MANU AGYAPONG | ) | ORDER |
| *also known as* Sammy Tuga | ) | |
| Defendant. | ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals totals $155.28. The clerk is DIRECTED to pay The Chelsea the sum of $155.28.

SO ORDERED, this 1st day of July, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge